| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Tiara Alberta Monai Street** | Social Security number or ITIN | **xxx–xx–8584** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **William Samuel Street Jr.** | Social Security number or ITIN | **xxx–xx–8726** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter **13** | **December 2, 2015** |
| Case number: | **15–36204–KLP** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tiara Alberta Monai Street | William Samuel Street Jr. |
| 2. | **All other names used in the last 8 years** | aka Tiara Alberta Monai Mears | |
| 3. | **Address** | 204 Peakside Way Apt G<br>Petersburg, VA 23805 | 204 Peakside Way Apt G<br>Petersburg, VA 23805 |
| 4. | **Debtor's attorney**<br>Name and address | Richard James Oulton<br>America Law Group, Inc.<br>8501 Mayland Dr.<br>Suite 106<br>Henrico, VA 23294 | Contact phone 804–308–0051<br>Email: 2debtlawgroup@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218 | Contact phone (804) 237–6800<br>Email: station01@richchap13.com |

| 6. **Bankruptcy clerk's office** | 701 East Broad Street<br>Richmond, VA 23219 | **For the Court:** |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: December 3, 2015 |
| 7. **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 21, 2016** at **09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | **Filing deadline: March 21, 2016** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: April 20, 2016** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: May 31, 2016** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| 9. | **Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation** | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:<br><br>**February 17, 2016** at **09:10 AM**,<br><br>Location: **Judge Phillips' – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219** |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |
| 14. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 15. | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

```
                               United States Bankruptcy Court
                                  Eastern District of Virginia
In re:                                                                       Case No. 15-36204-KLP
Tiara Alberta Monai Street, Jr.                                              Chapter 13
William Samuel Street
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0422-7          User: luedecket               Page 1 of 3          Date Rcvd: Dec 03, 2015
                              Form ID: 309I                 Total Noticed: 89


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2015.
db/jdb         +Tiara Alberta Monai Street,    William Samuel Street, Jr.,    204 Peakside Way Apt G,
                 Petersburg, VA 23805-1287
13161487       +Acs/jp Morgan Chase Ba,    501 Bleecker St,    Utica, NY 13501-2401
13161489       +Allied Cash Advance,    200 SE 1st St,    Ste 800,   Miami, FL 33131-1909
13161490       +Barry L Katchinoff MD & Assoc.,    7305 Boulders View Lane,    Richmond, VA 23225-4953
13161491       +Bay Area Credit Service LLC,    1000 Abernathy Rd NE,    Suite 195,    Atlanta, GA 30328-5612
13161492       +Broadwater Associates,    168 Business Park Dr. Ste 200,    Virginia Beach, VA 23462-6532
13161496       +Carillion Labs,    213 S Jefferson St, Ste 1202,    Roanoke, VA 24011-1714
13161497       +Cbe Group,   Attn: Bankruptcy,    Po Box 900,    Waterloo, IA 50704-0900
13161499       +Central Credit/Penn Cr,    Attn: Bankruptcy,    PO Box 988,   Harrisburg, PA 17108-0988
13161501       +Check City,    PO Box 970183,   Orem, UT 84097-0183
13161504        Comcast,   8029 Corporate Dr,    Nottingham, MD 21236-4977
13161505       +Comcast,   5401 Staples Mill Road,    Henrico, VA 23228-5443
13161506       +Comcast Chesterfield,    6510 Iron Bridge Rd,    Richmond, VA 23234-5206
13161507       +Coweta Emergency Group,    200 Corporate Blvd,    Suite 201,   Lafayette, LA 70508-3870
13161508       +Credit Control Corporation,    PO Box 120568,    Newport News, VA 23612-0568
13161509       +D. Kent Gilliam,    7821 Ironbridge Road,   Richmond, VA 23237-2240
13161512      ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,   RICHMOND VA 23261-6666
                (address filed with court: Dominion Virginia Power,     PO Box 26543,    Richmond, VA 23290-0001)
13161513       +Durham & Durham,    5665 New Northside Dr.,    Suite 510,   Atlanta, GA 30328-4649
13161514       +Eastern Account System of Conn,    PO Box 837,    Newtown, CT 06470-0837
13161515       +Enterprise Recovery Systems,    PO Box 5288,    Hinsdale, IL 60522-5288
13161521     ++++FIRST VIRGINIA, VA134,    6785 BOBCAT WAY STE 300,    DUBLIN OH 43016-1443
                (address filed with court: First Virginia, VA134,    7001 Post Road, Suite 300,
                 Dublin, OH 43016-8755)
13161523       +FMS Investment Corp,    PO Box 1423,   Elk Grove Village, IL 60009-1423
13161524      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,   RICHMOND VA 23236-3690
                (address filed with court: Focus Recovery Solutions,     Attn: Bankruptcy,
                 9701 Metropolitan Court Ste B,    Richmond, VA 23236-0000)
13161517       +Fall Line Emergency Phys,    18167 US Highway 19N,    Suite 650,    Clearwater, FL 33764-6576
13161518       +Fed Loan Servicing,    PO Box 69184,   Harrisburg, PA 17106-9184
13161520       +First Virginia Financial Svcs,    4503 W Broad Street,    Richmond, VA 23230-3203
13161522       +Florida Hospital,    601 E Rollins St,   Orlando, FL 32803-1273
13161526       +Freedom Respiratory,    2233 E Main St.,   Montrose, CO 81401-3831
13161527       +Full Sail University,    3300 University Blvd,    Winter Park, FL 32792-7435
13161528       +Genesis Properties Inc,    101 W Commerce Rd,    Richmond, VA 23224-2361
13161529       +Great Lakes Educational Loan,    2401 International,    Madison, WI 53704-3121
13161533       +Hercules Real Estate Services,    dba England Run II,    168 Business Park Dr. 103,
                 Virginia Beach, VA 23462-6532
13161539       +MCV Associated Physicians,    830 E Main St,    Suite 1900,   Richmond, VA 23219-2701
13161540       +MCV Physicians,    830 E Main St,   Suite 1900,    Richmond, VA 23219-2701
13161541       +MCV Physicians,    1601 Willow Lawn Dr, Ste 275,    Richmond, VA 23230-3422
13161542       +Medical Data Systems I,    2001 9th Ave,   Suite 312,    Vero beach, FL 32960-6413
13161543       +Medical Revenue Services,    645 Walnut St,    Ste 5,   Gadsden, AL 35901-4173
13161553       +PWC of Fayetteville,    955 Old Wilmington Rd,    Fayetteville, NC 28301-6307
13161545       +Parrish and LeBar, LLP,    5 E Franklin St.,    Richmond, VA 23219-2105
13161546       +PaymentsMD.Com,    5665 New Northside Dr.,    Suite 330,   Atlanta, GA 30328-5834
13161547       +Penn Credit Corporation,    916 S 14th St,    Harrisburg, PA 17104-3425
13161548        Penn Credit Corporation,    PO Box 988,   Harrisburg, PA 17108-0988
13161549       +Phoenix Financial Serv,    8902 Otis Ave Ste 103a,    Indianapolis, IN 46216-1009
13161550       +Progress Energy Florida,    Duke Energy,   PO Box 14042,    Saint Petersburg, FL 33733-4042
13161551       +Progressive Direct Ins,    6300 Wilson Mills Rd,    Cleveland, OH 44143-2182
13161552       +Public Storage,    5440 Midlothian Tnpk,   Richmond, VA 23225-6110
13161555       +Reliacare Home Medical,    2233 E Main St,    Montrose, CO 81401-3831
13161557       +Sleep Diagnostics,    7305 Boulders View Lane,    Richmond, VA 23225-4953
13161558       +Southside Regional Hospital,    200 Medical Parks Boulevard,    Petersburg, VA 23805-9274
13161559       +Southside Regional Medical,    200 Medical Park Blvd,    Petersburg, VA 23805-9274
13161562       +Sternrecsvcs,    415 N Edgeworth St,   Greensboro, NC 27401-2182
13161563       #+Surgical Associates of Rchmnd,    PO Box 11023,    Richmond, VA 23230-1023
13161564       +Sykes, Bourdon, Ahern & Levy,    281 Independence Blvd,    Pembroke 1 Building, 5th Floor,
                 Virginia Beach, VA 23462-2989
13161567       +U S Dept Of Ed/Gsl/Atl,    PO Box 4222,   Iowa City, IA 52244
13161569       +United Consumers Inc,    PO Box 4466,   Woodbridge, VA 22194-4466
13161570        VCU Health System -- MCV Hosp.,    Set-off Debt Section,    PO Box 980462,
                 Richmond, VA 23298-0462
13161573       +Virginia Emergency Group,    5665 New Northside Dr.,    Suite 320,   Atlanta, GA 30328-5834
13161574       +Virginia Emergency Physicians,    1602 Skipwith Rd,    Henrico, VA 23229-5205
13161575       +Virginia Medical Group,    2905 Boulevard,   Colonial Heights, VA 23834-2400
```

```
District/off: 0422-7           User: luedecket               Page 2 of 3                   Date Rcvd: Dec 03, 2015
                               Form ID: 309I                 Total Noticed: 89


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: 2debtlawgroup@gmail.com Dec 04 2015 02:06:29     Richard James Oulton,
                 America Law Group, Inc.,    8501 Mayland Dr.,    Suite 106,    Henrico, VA   23294
tr              +E-mail/Text: station01@richchap13.com Dec 04 2015 02:07:05      Carl M. Bates,    P. O. Box 1819,
                 Richmond, VA 23218-1819
13161488         EDI: AFNIRECOVERY.COM Dec 04 2015 01:53:00      Afni Inc,    1310 Martin Luther King Dr.,
                 PO Box 3517,    Bloomington, IL 61702-3517
13161498        +E-mail/Text: bankruptcynotices@cbecompanies.com Dec 04 2015 02:07:32      CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13161503        +EDI: HCA2.COM Dec 04 2015 01:53:00      CJW Medical Center,    PO Box 13620,
                 Richmond, VA 23225-8620
13161493        +EDI: CAPIO.COM Dec 04 2015 01:53:00      Capio Partners LLC,    re: Florida Hospital,
                 2222 Texoma Pkwy   Ste 160,    Sherman, TX 75090-2482
13161494        +EDI: CAPIO.COM Dec 04 2015 01:53:00      Capio Partners LLC,    Attn: Bankruptcy,
                 2222 Texoma Pkwy   Ste 160,    Sherman, TX 75090-2482
13161495        +EDI: CAPIO.COM Dec 04 2015 01:53:00      Capio Partners Llc,    Attn: Bankruptcy,
                 2222 Texoma Pkwy   Ste 150,    Sherman, TX 75090-2481
13161502        +E-mail/Text: heatherg@checkcity.com Dec 04 2015 02:06:46      Check City,    2729 West Broad St.,
                 Henrico, VA 23220-1905
13161500        +E-mail/Text: heatherg@checkcity.com Dec 04 2015 02:06:46      Check City,    re: Bankruptcy,
                 6001 West Broad Street,    Richmond, VA 23230-2221
13161510         EDI: DIRECTV.COM Dec 04 2015 01:58:00      DirecTV,    attn: Bankruptcy Claims,    PO Box 6550,
                 Englewood, CO 80155-6550
13161511        +EDI: DCI.COM Dec 04 2015 01:53:00      Diversified Consultants,    PO Box 551268,
                 Jacksonville, FL 32255-1268
13161511        +E-mail/Text: bankruptcynotices@dcicollect.com Dec 04 2015 02:07:47       Diversified Consultants,
                 PO Box 551268,    Jacksonville, FL 32255-1268
13161516        +E-mail/Text: bknotice@erccollections.com Dec 04 2015 02:07:19      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13161519        +Fax: 614-760-4092 Dec 04 2015 03:51:09     First Virginia,    6785 Bobcat Way, Suite 200,
                 Dublin, OH 43016-1443
13161530         EDI: HCA2.COM Dec 04 2015 01:53:00      Henrico Doctor's Hospital,    PO Box 13620,
                 Richmond, VA 23225-8620
13161532        +EDI: HCA2.COM Dec 04 2015 01:53:00      Henrico Doctor's Hospital-Fore,    PO Box 99400,
                 Louisville, KY 40269-0400
13161534         EDI: IRS.COM Dec 04 2015 01:53:00      Internal Revenue Service,    Insolvency Unit,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13161535         EDI: JEFFERSONCAP.COM Dec 04 2015 01:58:00      Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                 Saint Cloud, MN 56303-0000
13161538        +EDI: CHASE.COM Dec 04 2015 01:53:00      JP Morgan Chase Bank,    Attn: Bankruptcy,
                 PO Box 15298,    Wilmington, DE 19850-5298
13161536        +EDI: HCA2.COM Dec 04 2015 01:53:00      John Randolph Medical Center,    411 W Randolph Rd,
                 Hopewell, VA 23860-2938
13161537        +EDI: HCA2.COM Dec 04 2015 01:53:00      John Randolph Medical Center,    PO Box 13620,
                 Richmond, VA 23225-8620
13161544        +E-mail/Text: bankruptcy@onlineis.com Dec 04 2015 02:07:45      Online Collections,    PO Box 1489,
                 Winterville, NC 28590-1489
13161554        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 04 2015 03:13:53       Regional Acceptance Co,
                 1200 E Fire Tower Rd,    Greenville, NC 27858-4196
13161561         EDI: NEXTEL.COM Dec 04 2015 01:53:00      Sprint,    Attn: Bankruptcy Dept,    4900 W. 95th Street,
                 Oak Lawn, IL 60453-0000
13161560        +EDI: SWCR.COM Dec 04 2015 01:53:00      Southwest Credit Syste,    4120 International Pkwy,
                 Suite 1100,    Carrollton, TX 75007-1958
13161560        +E-mail/Text: bankruptcy@sw-credit.com Dec 04 2015 02:07:17      Southwest Credit Syste,
                 4120 International Pkwy,    Suite 1100,    Carrollton, TX 75007-1958
13161565        +EDI: AISTMBL.COM Dec 04 2015 01:53:00      T-Mobile Bankruptcy Team,    PO Box 53410,
                 Bellevue, WA 98015-3410
13161566        +E-mail/Text: bankruptcydepartment@tsico.com Dec 04 2015 02:07:59       Transworld Sys Inc/38,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13161571        +EDI: VERIZONEAST.COM Dec 04 2015 01:58:00      Verizon,    500 Technology Dr,    Suite 500,
                 Weldon Spring, MO 63304-2225
13161572         EDI: VERIZONWIRE.COM Dec 04 2015 01:53:00      Verizon Wireless,    PO Box 25505,
                 Lehigh Valley, PA 18002-5505
13161576        +E-mail/Text: bankruptcynotice@westlakefinancial.com Dec 04 2015 02:07:16
                 Westlake Financial Svc,    4751 Wilshire Blvd Suite 100,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 32

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13161525*     ++FOCUSED RECOVERY SOLUTIONS,   9701 METROPOLITAN COURT,    STE B,   RICHMOND VA 23236-3690
                (address filed with court: Focused Recovery Solutions,    9701 Metropolitan Court, Ste B,
                Richmond, VA 23236-3690)
13161531*     +Henrico Doctor's Hospital,    PO Box 13620,   Richmond, VA 23225-8620
13161568*     +U S Dept Of Ed/Gsl/Atl,    POBox 4222,   Iowa City, IA 52244
```

```
District/off: 0422-7           User: luedecket             Page 3 of 3                   Date Rcvd: Dec 03, 2015
                               Form ID: 309I               Total Noticed: 89

13161556      ##+Shenandoah Legal,    310 Jefferson Street S.E.,    Roanoke, VA 24011-2004
                                                                                            TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2015 at the address(es) listed below:
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
              Richard James Oulton    on behalf of Debtor Tiara Alberta Monai Street, Jr.
               2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;scgattorney@gmail.com
              Richard James Oulton    on behalf of Joint Debtor William Samuel Street 2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;scgattorney@gmail.com
                                                                                             TOTAL: 3